Matter of Crayne

2026 NY Slip Op 02024

April 2, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Ryan Kenneth Crayne, an Attorney. (Attorney Registration No. 4710554.)

Decided and Entered:April 2, 2026

PM-53-26

Calendar Date: March 30, 2026

Before: Garry, P.J., Clark, Pritzker, Mcshan And Corcoran, JJ.

Ryan Kenneth Crayne, Dakota Dunes, South Dakota, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

Ryan Kenneth Crayne was admitted to practice by this Court in 2009 and lists a business address in Minneapolis, Minnesota with the Office of Court Administration. Crayne has applied to this Court, by affidavit sworn to January 9, 2026, for leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application, contending that Crayne is ineligible for nondisciplinary resignation because he has failed to fulfill his attorney registration requirements for the most recent biennial period beginning in 2025 (see Judiciary Law § 468-a; Matter of Lee, 148 AD3d 1350, 1350 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]; Rules of Chief Admr of Cts [22 NYCRR] § 118.1).

In reply to AGC's opposition, however, Crayne has submitted a letter dated March 4, 2026, in which he states that he is now current in his New York attorney registration requirements. Furthermore, Office of Court Administration records likewise establish that Crayne has duly registered and cured any preexisting registration delinquency. Accordingly, with AGC voicing no other substantive objection to his application, and having determined that Crayne is now eligible to resign for nondisciplinary reasons (compare Matter of Tierney, 148 AD3d 1457, 1458 [3d Dept 2017]; Matter of Bomba, 146 AD3d at 1227), we grant the application and accept his resignation.

Garry, P.J., Clark, Pritzker, McShan and Corcoran, JJ., concur.

ORDERED that Ryan Kenneth Crayne's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Ryan Kenneth Crayne's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Ryan Kenneth Crayne is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Crayne is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Ryan Kenneth Crayne shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.